Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 788-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff David Bejarano*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID BEJARANO**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO. 8:14-CV-1401**<br><br>**COMPLAINT FOR VIOLATIONS OF FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

**PRELIMINARY STATEMENT**

1. This is an action for damages brought by an individual consumer, David Bejarano against Experian Information Solutions, Inc. for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq., as amended*.

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

4. Plaintiff David Bejarano is an adult individual residing in Milton, WA.

5. Defendant Experian Information Solutions, Inc. ("Experian") is a business entity and consumer reporting agency that regularly conducts business in

the Central District of California, and which has its headquarters and a principal place of business located at 475 Anton Boulevard, Costa Mesa, CA.

**FACTUAL ALLEGATIONS**

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties ("inaccurate information") from at least July 2014 through present. The inaccurate information includes accounts with SYNCB/ Discount Tire, Les Schwab Tire Center, Cap One, NA, Chase NA, NW Priority Credit Union, US Dept. of Ed., ACS/ College Loan Corp, Oregon Community CU, and Citi Auto, as well as personal identifying information.

7. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's creditworthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer. Due to Defendant's faulty procedures, Defendant mixed the credit file of Plaintiff and that of another consumer with respect to the inaccurate information and other personal identifying information.

8. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown. Defendant has repeatedly published and disseminated consumer reports to such third parties from at least July 2014 through the present.

9. Plaintiff's credit report and file has been obtained from Defendant and have been reviewed by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Plaintiff from receiving different credit offers and opportunities, known and

1 unknown. Plaintiff's credit reports have been obtained from Defendant by such
2 third parties from at least July 2014 through the present.

3     10. As of result of Defendant's conduct, Plaintiff has suffered actual
4 damages in the form of lost credit opportunities, harm to credit reputation and credit
5 score, and emotional distress including anxiety, frustration, embarrassment and
6 humiliation.

7     11. At all times pertinent hereto, Defendant was acting by and through its
8 agents, servants and/or employees who were acting within the course and scope of
9 their agency or employment, and under the direct supervision and control of the
10 Defendant herein.

11     12. At all times pertinent hereto, the conduct of the Defendant, as well as
12 that of its agents, servants and/or employees, was intentional, willful, reckless, and
13 in grossly negligent disregard for federal laws and the rights of the Plaintiff herein.

## COUNT ONE – VIOLATIONS OF THE FCRA
### (Plaintiff v. Experian)

16     13. Plaintiff incorporates the foregoing paragraphs as though the same
17 were set forth at length herein.

18     14. At all times pertinent hereto, Experian was a "person" and a "consumer
19 reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

20     15. At all times pertinent hereto, Plaintiff was a "consumer" as that term
21 is defined by 15 U.S.C. § 1681a(c).

22     16. At all times pertinent hereto, the above-mentioned credit reports were
23 "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

24     17. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Experian is
25 liable to the Plaintiff for willfully and negligently failing to comply with the
26 requirements imposed on a consumer reporting agency of information pursuant to
27 15 U.S.C. § 1681e(b).

18. The conduct of Experian was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Experian is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

19. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that relief be granted as follows:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees; and

(e) Such other and further relief as may be just and proper.

Respectfully Submitted,

TATAR LAW FIRM, APC

BY: _____
Stephanie Tatar
Attorney for Plaintiff

DATE: September 2, 2014

COMPLAINT AND DEMAND FOR JURY TRIAL